# IN THE SUPREME COURT OF THE STATE OF NEVADA

JPMORGAN CHASE BANK, N.A., A
NATIONAL ASSOCIATION,
                    Appellant,
          vs.
EAGLE INVESTORS, A NEVADA
CORPORATION,
                    Respondent.

No. 74688

FILED

JUL 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Mark B. Bailus, District Judge
       Smith Larsen & Wixom
       Ayon Law, PLLC
       Eighth District Court Clerk

18-24970